United States District Court

Eastern District of California

David L. Fulbright,

       Petitioner,                     No. Civ. S 04-2490 DFL PAN P

  vs.                                 Order

D. L. Runnels,

       Respondent.

-oOo-

    January 5, 2006, petitioner requested an extension of time to file and serve objections to findings and recommendations. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated: January 10, 2006.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge