IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID L. FULBRIGHT,

    Petitioner,                    No. CIV S-04-2490 DFL PAN P

    vs.

D.L. RUNNELS, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 17, 2006 denial of his application for a writ of habeas corpus.[1]  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

---

[1] By order filed May 3, 2006, petitioner was granted an additional thirty days in which to file a notice of appeal and a certificate of appealability application.

1

1       For the reasons set forth in the magistrate judge's December 13, 2005 findings
2 and recommendations, petitioner has not made a substantial showing of the denial of a
3 constitutional right.  Accordingly, a certificate of appealability should not issue in this action.
4       IT IS SO ORDERED.
5 DATED: 10/10/2006

                                                DAVID F. LEVI
                                                United States District Judge